**ATTORNEY GRIEVANCE COMMISSION**
**OF MARYLAND**

**v.**

**ISAAC H. MARKS**

\*     **IN THE**

\*     **COURT OF APPEALS**

\*     **OF MARYLAND**

\*     **Misc. Docket AG No. 26**

\*     **September Term, 2021**

### ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Isaac H. Marks, to indefinitely suspend the Respondent from the practice of law with a right to petition for reinstatement in one year, it is this 15th day of November, 2021

**ORDERED,** by the Court of Appeals of Maryland, that the Respondent, Isaac H. Marks, be, and he hereby is, indefinitely suspended from the practice of law with a right to petition for reinstatement in one year for violations of Rule 1.1 (competence), Rule 1.3 (diligence), Rule 1.15(a) and (d) (safekeeping property), and Rule 8.4(c) and (d) (misconduct) of the Maryland Lawyers' Rules of Professional Conduct; and it is further

**ORDERED**, that the indefinite suspension is effective *nunc pro tunc* to September 13, 2021; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Isaac H. Marks from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).



/s/ Robert N. McDonald
Senior Judge